**E-FILED**
Thursday, 10 March, 2016  05:25:05 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| LEONORA NUNEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 16-cv-1077 |
| | ) |
| GORDON FOOD SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, GORDON FOOD SERVICE, INC., by and through its attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, pursuant to 28 U.S.C. § 1441 and § 1446, hereby file its Notice of Removal of this matter from the Circuit Court of Peoria County, (Case No. 2016L28) to the United States District Court for the Central District of Illinois. In support of said notice, Defendant states as follows:

1.     On February 4, 2016, Plaintiff Leonora Nunez, of Peoria, Illinois, filed an action in the Circuit Court of Peoria County, Illinois, purporting to state a cause of action in negligence. (Copies of the Complaint and all process served thus far are attached hereto as group Exhibit A.)

2.     Plaintiff's Complaint alleges that Plaintiff was caused to slip in a wet area and fall on the floor at the Gordon Food Service store on February 10, 2014 causing her severe and permanent injury and damages, including pain, anguish, loss of normal life activities, both in mind and body, and sums of money for medical care as a result of said injuries.

3.     GORDON FOOD SERVICE, INC., is a Michigan corporation with its principal place of business at 1300 Gezon Parkway SW, Wyoming, Michigan.

4.      This action is removable pursuant to 28 U.S.C. § 1441 and § 1332 as Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of a foreign State (Michigan.)

5.      In Illinois, no *ad damnum* may be pleaded except to the minimum extent necessary to comply with the circuit rules of assignment. 735 ILCS 5/2-604. On February 3, 2016, the attorney for the Plaintiff submitted an affidavit with the complaint asserting that the total amount of money damages sought exceeds the sum of Fifty Thousand Dollars ($50,000). The third-party administrator for Gordon Food Service, Inc., received a consolidated statement of benefits from OSF Health Care Systems asserting total billed charges related to medical care provided for injuries sustained in plaintiff's fall in the amount of $207,045.95 and total benefits provided of $87,108. Based on the foregoing, the amount in controversy exceeds $75,000.

6.      The Defendant was served with process on February 9, 2016.

7.      This Notice of Removal is filed within 30 days after receipt of service of process by the above Defendant.

WHEREFORE, Defendant, Gordon Food Service, Inc., respectfully requests that this matter be removed from the Circuit Court of Peoria County, Illinois, and transferred to the United States District Court for the Central District of Illinois, Peoria Division.

Respectfully submitted,

**GORDON FOOD SERVICE, INC.,**
Defendant

By: _____
        One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
**LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC**
605 S. Main Street
Princeton, IL  61356
(815) 915-8540