**E-FILED**
Thursday, 10 March, 2016  05:25:05 PM
Clerk, U.S. District Court, ILCD



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

AC1 / ALL
**Transmittal Number: 14775307**
**Date Processed: 02/09/2016**

| | |
|---|---|
| Primary Contact: | Nina Venekiase<br>Gordon Food Service, Inc.<br>1300 Gezon Parkway SW<br>Wyoming, MI 49509-9300 |
| Copy of transmittal only provided to: | Amy Mulchay<br>Aaron Mockridge<br>Alisha Cieslak<br>Marla Frear<br>Cindy Chapman |

| | |
|---|---|
| Entity: | Gordon Food Service, Inc.<br>Entity ID Number  2338711 |
| Entity Served: | Gordon Food Service, Inc |
| Title of Action: | Leonora Nunez vs. Gordon Food Service, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Peoria County Circuit Court, Illinois |
| Case/Reference No: | 16-L-28 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 02/09/2016 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Jeff Green<br>309-699-0111 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com



EXHIBIT
**A**

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
### PEORIA COUNTY, ILLINOIS

*atty*

LEONORA NUNEZ, )
)
    Plaintiff, )
)
vs. )    Case No. 16-L-_28_
)
GORDON FOOD SERVICE, INC., )
)
    Defendant. )

### SUMMONS

TO EACH DEFENDANT: GORDON FOOD SERVICE, INC, c/o ILLINOIS CORPORATION SERVICE COMPANY; 801 ADLAI STEVENSON DRIVE; SPRINGFIELD, IL 62703

You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If summons may not be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

_____ 2-4 _____, A.D. 20 16 _____

*Robert M Spears*

By _____ MK _____

Clerk

DEPUTY

ATTORNEY:      Jeff Green
                     Law Office of Jeff Green
ADDRESS:      316 SW Washington St. Unit 1A
CITY :            Peoria, IL 61602
TELEPHONE:   309-699-0111

Date of Service _____ 2/9 _____, 20 16

(To be inserted by officer on copy left with defendant or other person)

5

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

LEONORA NUNEZ,                                  )          2016 FEB -4 P 1: 07
                                                )
            Plaintiff,                          )          ROBERT M SPEARS
                                                )
vs.                                             )          Case No. 16-L-28
                                                )
GORDON FOOD SERVICE, INC.,                      )
                                                )
            Defendant.                          )

> THIS CASE IS SET FOR A MANAGEMENT CONFERENCE
> ON ___7-8___, 2016
> AT __9:30__ (AM) PM IN COURTROOM __214__
> OF THE PEORIA COUNTY COURTHOUSE.
> IF THE DEFENDANT(S) ANSWER(S) MORE THAN 35 DAYS
> BEFORE THIS DATE, THEN THE PARTIES SHALL
> SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN
> 35 DAYS OF THE DATE THE ANSWER'S PLED.

## COMPLAINT

NOW COMES, the Plaintiff, LEONORA NUNEZ, by and through his
attorneys, LAW OFFICE OF JEFF GREEN, and complaining of the Defendant,
GORDON FOOD SERVICE, INC., (hereinafter, "GFS"), alleges as follows:

1.      That on or about February 10, 2014, and prior thereto, the
Defendant, GFS, owned, possessed, operated, managed, maintained, and
controlled and/or had a duty to possess, operate, manage, maintain, and control,
both directly and indirectly, individually and through its agents, servants, and/or
employees, certain premises and/or restaurant located at 4608 N University
Street in the City of Peoria, County of Peoria, State of Illinois.

2.      That on or about February 10, 2014, and prior thereto, GFS
operated, managed, maintained, and controlled and/or had a duty to operate,
manage, maintain, and control, both directly and indirectly, individually and
through its agents, servants, and/or employees, certain activities occurring at the
aforementioned premises.

1

3.      That at the aforesaid time and place, the Plaintiff, LEONORA NUNEZ (hereinafter "Plaintiff"), was a patron of GFS' store and legally on said premises.

4.      That at the aforesaid time and place, the Plaintiff was walking in GFS' store at the aforesaid address and was caused to slip in a wet area and fall on the floor.

5.      That at the aforesaid time and place, and prior thereto, GFS, individually, and by and through its agents, servants, and/or employees, knew or should have reasonably known of the existence of the aforesaid wet area on the floor for an unreasonable amount of time on the floor at the aforesaid store.

6.      That the wet area described in Paragraphs 4 and 5 above presented an unreasonable risk of harm to people on the subject property, including the Plaintiff, because the substance existed on the floor where patrons, including the Plaintiff, would traverse.

7.      That on or about February 10, 2014, and prior thereto, GFS had a duty to exercise ordinary care to see that the aforesaid property was reasonably safe for the patrons of the premises.

8.      That on or about February 10, 2014, GFS, individually, and by and through its agents, servants, and/or employees, breached the aforesaid duties by committing one or more of the following careless and negligent acts and/or omissions:

a.      Failed to take measures to correct the wet condition on the floor at the aforesaid premises;

2

b.   Failed to put up safety cones, warnings, or signs of hazard to warn of the condition which existed on the GFS property on the floor at the aforesaid premises;

c.   Permitted a dangerous condition to exist on the floor at the aforesaid premises when GFS knew or should have known that patrons, including the Plaintiff, would encounter it; and

d.   Failed to make a reasonable inspection of the aforementioned premises and the aforementioned area when GFS knew, or in the exercise of ordinary and reasonable care, should have known that an inspection was necessary to prevent injury to patrons, including the Plaintiff.

9.   That as a direct and proximate result of the aforesaid careless and/or negligent acts and/or omissions of GFS, the Plaintiff was caused to slip and fall on the floor while walking in the aforesaid premises, and was thereby severely and permanently injured and sustained damages.

10.   That the Plaintiff also suffered pain and anguish and loss of normal life activities, both in mind and body, and will continue to so suffer.

11.   That the Plaintiff further expended and became liable for, and will in the future expend and become liable for, sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LEONORA NUNEZ, hereby prays for judgment in her favor, and against the Defendant, GORDON FOOD SERVICE, INC., in an amount to satisfy the jurisdictional limitations of this Court, and for such additional amounts as this Court shall deem fair and appropriate, plus the costs of this suit herein.

3

Respectfully Submitted,
LEONORA NUNEZ, Plaintiff

By: _____
Jeff Green, Attorney for Plaintiff

Jeff Green
Attorney No. 6275034
LAW OFFICE OF JEFF GREEN
316 SW Washington St. Unit 1A
Peoria, IL 61602
T 309.699.0111
F 309.699.4693

4

## RULE 222(B) AFFIDAVIT

*16 L 28*

JEFF GREEN, having been first duly sworn and upon oath states as follows:

1.     I would be competent to testify concerning the matters contained in this affidavit.

2.     As attorney for LEONORA NUNEZ, I have reviewed the facts of this case and have determined that the total amount of money damages sought does exceed Fifty Thousand Dollars ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
JEFF GREEN

Subscribed and Sworn to before me this
____ day of _____, 2016.

_____
Notary Public

LYNDSAY BYERS
"OFFICIAL SEAL"
My Commission Expires
October 6, 2019
NOTARY PUBLIC STATE OF ILLINOIS

ROBERT M SPEARS

2016 FEB -4 P 1:07

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

6

COPY

16905//app

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

ROBERT N SPEARS

LEONARA NUNEZ,                    )
                                   )
                Plaintiff,         )
                                   )
v.                                 )        Case No. 16 – L – 28
                                   )
GORDON FOOD SERVICE, INC.,         )
                                   )
                Defendant.         )

## **APPEARANCE**

NOW COMES the Defendant, GORDON FOOD SERVICE, INC., by and through its

attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, and hereby enters its

Appearance in the above entitled cause.

                          GORDON FOOD SERVICE, INC.,
                          Defendant

                          By: _____
                                One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL  61356
(815) 915-8540

## **CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, state that I caused to be served the foregoing with enclosures referred to thereon, by mailing copies to the attorneys of record at the addresses of record, and depositing same in the U.S. Mail at Princeton, Illinois, 61356, before 5:00 p.m. on the _16th_ day of February, 2016.

                          _____

COPY

*16905//mtn.ext*

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

LEONARA NUNEZ,

        Plaintiff,

v.

GORDON FOOD SERVICE, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 16 – L – 28

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, GORDON FOOD SERVICE, INC., by and through its

attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, and hereby moves this

Honorable Court to enter an Order granting them an extension of twenty-eight (28) days to answer or

otherwise plead.

GORDON FOOD SERVICE, INC.,
Defendant

By: _____
        One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL 61356
(815) 915-8540

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing with enclosures referred to
thereon, by mailing copies to the attorneys of record at the addresses of record, and depositing same in the U.S.
Mail at Princeton, Illinois, 61356, before 5:00 p.m. on the 16th day of February, 2016.

_____

COPY

*16905/mflf.12-p.jd*

FILED
CLERK OF THE
CIRCUIT COURT

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

'16 FEB 16  P 12: 21

LEONARA NUNEZ,                    )
             Plaintiff,           )
                                  )   ROBT M SPEARS
v.                                )
                                  )   Case No. 16 – L – 28
                                  )
GORDON FOOD SERVICE, INC.,        )
             Defendant.           )

## <u>MOTION FOR LEAVE TO FILE A 12-PERSON JURY DEMAND</u>

NOW COMES Defendant, GORDON FOOD SERVICE, INC., by and through its attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, and move this Court for leave to file a 12-Person Jury Demand.  In support of this Motion, Defendant states as follows:

1.     On February 4, 2016, Plaintiff filed a multiple count Complaint against the Defendant regarding her slip and fall on Defendant's property.

2.     The 1970 Illinois Constitution guarantees the right to a trial by jury of twelve.  *See,* IL Const. art. I, § 13.  ("The right of a trial by jury as heretofore enjoyed shall remain inviolate"). *See, Id.*

3.     As the Defendant has a constitutional right to a 12-person jury, Defendant seeks leave of Court to file a 12-person jury demand.  (12 person Jury Demand attached as Exhibit A).

Wherefore, Defendant, GORDON FOOD SERVICE, INC., prays that this Court enter an order granting the Defendant leave to pay for and file their 12-person jury demand.

                          GORDON FOOD SERVICE, INC.,
                          Defendant

                          By: _____
                              One of Its attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL 61356
(815) 915-8540

### Proof of Service

I, the undersigned, an attorney, state that I caused to be served the foregoing Motion For Leave to File a 12 person jury demand, by mailing copies to the attorney of record at the address of record and depositing the same in the U.S. Mail in Princeton, Illinois, 61356, before 5:00 pm on the _16th_ day of February, 2016.

*16905//12-p. jd*

## IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
## PEORIA COUNTY, ILLINOIS

LEONARA NUNEZ,                     )
                                   )
                   Plaintiff,      )
                                   )
v.                                 )      Case No. 16 – L – 28
                                   )
GORDON FOOD SERVICE, INC.,         )
                                   )
                   Defendant.      )

### JURY DEMAND

The undersigned hereby demands a twelve person jury in the above-captioned case.

GORDON FOOD SERVICE, INC.,
Defendant

By: _____
          One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL  61356
(815) 915-8540



COPY

16905//mtn.qpo

IN THE CIRCUIT COURT OF THE 10ᵗʰ JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

LEONARA NUNEZ,                          )
                                        )
                  Plaintiff,            )
                                        )
v.                                      )      Case No. 16 – L – 28
                                        )
GORDON FOOD SERVICE, INC.,              )
                                        )
                  Defendant.            )

## MOTION FOR A QUALIFIED PROTECTIVE ORDER

NOW COMES the Defendant, GORDON FOOD SERVICE, INC., by and through its

attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, pursuant to 42 U.S.C. §

1320d and 45 CFR Parts 160 and 164 (HIPAA) and request that this Court enter a qualified

protective order stating as follows:

1.      Plaintiff, LEONARA NUNEZ, has filed a lawsuit alleging personal injury and

negligence.  This Motion seeks a Qualified Protective Order as to the Plaintiff's records.

2.      The treating physicians, hospitals, and other health care providers disclosed by Plaintiff

in this case, are all "covered entities" as defined by 45 CFR 160.103.  HIPAA prohibits covered

entities from disclosing protected health information in judicial proceedings other than by

authorization or qualified protective order.  45 CFR § 165.512(e).

3.      These covered entities are all in possession of "protected health information" ("PHI")

as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results,

insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to LEONARA

NUNEZ.

4.      Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to LEONARA NUNEZ which is in the treating providers' possession.

WHEREFORE, Defendant, GORDON FOOD SERVICE, INC., respectfully requests that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to Plaintiff, for any purpose connected with the pending litigation.

> GORDON FOOD SERVICE, INC.,
> Defendant
>
> By: _____
> One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL  61356
(815) 915-8540

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing with enclosures referred to thereon, by mailing copies to the attorney of record at the address of record, and depositing same in the U.S. Mail at Princeton, Illinois, 61356, before 5:00 p.m. on the _16th_ day of February, 2016.

_____

COPY

*16905/nof.app*

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL.

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

2016 FEB 16  P 12: 21

ROBERT M SPEARS

LEONARA NUNEZ,                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )        Case No. 16 – L – 28
                                  )
GORDON FOOD SERVICE, INC.,        )
                                  )
            Defendant.            )

## NOTICE OF FILING

TO:    Jeff Green
       Law Office of Jeff Green
       316. S.W. Washington Street, Unit 1A
       Peoria, IL  61602

       PLEASE BE ADVISED that on February 16, 2016, Defendant, GORDON FOOD SERVICE, INC., personally filed with the Clerk of the Circuit Court of Peoria County, Illinois the attached **Appearance, Motion for Extension of Time, Motion for Leave to File a 12-Person Jury Demand, Motion for Qualified Protective Order** and Notice of said Motions.

                              GORDON FOOD SERVICE, INC.,
                              Defendant

                              By: _____
                                  One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL  61356
(815) 915-8540

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state that I caused to be served the foregoing with enclosures referred to thereon, by mailing copies to the attorney of record at the address of record, and depositing same in the U.S. Mail at Princeton, Illinois, 61356, before 5:00 p.m. on the _16th_ day of February, 2016.

*16905/nom.ext*



COPY
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2016 FEB 10  PM 2:20

ROBERT M SPEARS

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

LEONARA NUNEZ,     )
            )
    Plaintiff,    )
            )
v.           )  Case No. 16 – L – 28
            )
GORDON FOOD SERVICE, INC.,  )
            )
    Defendant.   )

## NOTICE OF MOTIONS

TO: Jeff Green
   Law Office of Jeff Green
   316 S.W. Washington Street
   Unit 1A
   Peoria, IL  61602

On **March 9, 2016** at **9:45 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Stephen A. Kouri, or any judge sitting in his stead, in the Courtroom usually occupied by him in the Peoria County Courthouse, 324 Main Street, Room 214, Peoria, Illinois, and present the attached **Motion for Extension of Time, Motion for Leave to File a 12-Person Jury Demand, and Motion for Qualified Protective Order,** and request hearing instanter.

        GORDON FOOD SERVICE, INC.,
        Defendant

        By: _____
          One of Its Attorneys

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL  61356
(815) 915-8540

## **CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, state that I caused to be served the foregoing with enclosures referred to thereon, by mailing copies to the attorney of record at the address of record, and depositing same in the U.S. Mail at Princeton, Illinois, 61356 before 5:00 p.m. on the _16th_ day of February, 2016.

*16905/order.qpo*

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

LEONARA NUNEZ,                )
                             )
            Plaintiff,        )
                             )
v.                           )          Case No. 16 – L – 28
                             )
GORDON FOOD SERVICE, INC.,   )                    **FILED**
                             )          ROBERT M. SPEARS
            Defendant.        )
                             )          MAR 09 2016

                    <u>ORDER</u>          CLERK OF THE CIRCUIT COURT
                                        PEORIA COUNTY, ILLINOIS

This matter having come to be heard on the Motion of the Defendant, GORDON FOOD

SERVICE, INC., for the entry of a Qualified Protective Order; due notice having been given, the

Court having jurisdiction; and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED AS FOLLOWS**:

(1)    The current parties (and their attorneys) and any future parties (and their attorneys) to
       the above-captioned matter are hereby authorized to receive, subpoena, and transmit
       "protected health information" (also referred to herein as "PHI") pertaining to
       LEONARA NUNEZ to the extent and the subject to the conditions outlined herein;

(2)    For the purposes of this Qualified Protective Order, "PHI" or protected health
       information shall have the same scope and definition as set forth in 45 CFR 160.103
       and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is
       not limited to, health information, including demographic information, relating to
       either (a) the past, present or future physical or mental condition of an individual, (b)
       the provision of care to an individual, or (c) the payment for care provided to an
       individual which identifies the individual or which reasonably could be expected to
       identify the individual;

(3)    All "covered entities" (as defined by 45 CFR 160.103) are hereby authorized to
       disclosed PHI pertaining to LEONARA NUNEZ to all attorneys now of record in this
       matter or who may become of record in the future of this litigation;

(4)    The parties and their attorneys shall be permitted to use the PHI of LEONARA NUNEZ in any manner that is reasonably connected with the above-captioned litigation. This includes but is not limited to, disclosures to the parties, their attorneys of record, the attorneys' firms (i.e., attorneys, support staff, agents, and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and other entities involved in the litigation process;

(5)    At the conclusion of the litigation (which shall be defined as the point at which all trial and appellate proceedings have been exhausted), any person or entity in possession of PHI pertaining to LEONARA NUNEZ (other than the person or entity that generated the PHI) shall destroy any and all copies of said PHI in their possession; and

(6)    This order shall not control or limit the use of protected health information pertaining LEONARA NUNEZ that comes into the possession of any party or any party's attorney from a source **other than** a "covered entity," (as that term is defined in 45 CFR 160.103).

ENTER:

_____
JUDGE

Dated: ___3/9/16___

Thomas R. Weiler/#6184955
Scott A. Schoen/#6313925
LANGHENRY, GILLEN,
       LUNDQUIST & JOHNSON, LLC
605 S. Main Street
Princeton, IL 61356
(815) 915-8540

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS PEORIA COUNTY**

Nunez

                                    Plaintiff

vs.

Gordon Food
    Service, Inc

                                    Defendant

CASE NO. 16 - L - 28

**FILED**
ROBERT M. SPEARS

MAR 09 2016

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**ORDER**

This matter coming to be heard on Defendant's Motion for leave to file 12 person Jury demand, Motion for Extension of Time to Answer or otherwise plead, and Motion for Qualified Protective order; All parties being duly Advised it is hereby ordered:

1) Defendant is granted leave to file its 12 person Jury Demand and the Clerk is to accept payment for same

2) Defendant is granted twenty eight days in which to Answer or otherwise plead

3) The Qualified Protective order is entered

4) ~~Status~~ is ~~set for~~
   CMC is Scheduled for July 8 @ 9:30

JUDGE OF THE TENTH JUDICIAL CIRCUIT

**ORDER**

CLERK'S COPY—WHITE
PLAINTIFF'S COPY—YELLOW
DEFENDANT'S COPY—PINK
ADDITIONAL COPY—GOLDENROD

FORM #60
R-10-92