Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

LEONORA NUNEZ, )
)
)
)
Plaintiff )
)
vs. )  Case Number: 16-1077
)
)
GORDON FOOD SERVICE, INC., )
)
Defendant

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order & Opinion entered 8/22/2017, Defendant's Motion for Summary Judgment (Doc. 12) is GRANTED. CASE TERMINATED.

Dated: 8/22/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court